18 So.2d 809
**CENTRAL MANUFACTURERS' MUTUAL INSURANCE CO. v. E. E. CHEEK.**
5 Div. 399.

Supreme Court of Alabama.
July 25, 1944.

Jacob A. Walker, of Opelika, for petitioner.

Will O. Walton, of LaFayette, opposed.

LIVINGSTON, Justice.

Petition of the Central Manufacturers' Mutual Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Central Manufacturers' Mutual Ins. Co. v. Cheek, 31 Ala. App. 465, 18 So.2d 806.

Writ denied.

All the Justices concurring, except SIMPSON, J., not sitting.